UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| MICHAEL BUCHANAN,<br><br>          Plaintiff,<br><br>          -v-<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. NO. 6:16-CV-01620-MGL<br>)<br>)<br>)<br>)<br>) |

## ORDER

This matter is before the Court on the Parties' Joint Motion to Amend the Specialized ERISA Case Management Order ("ECMO") in this matter. Having considered the motion and for good cause shown, it is **ORDERED** and **ADJUDGED** that:

1. The Parties' motion is **GRANTED**.

2. The ECMO is hereby amended, as follows:

    a. Mediation:                            January 30, 2017

    b. Cross Motions For Judgment:           February 28, 2017

    c. Replies:                              March 6, 2017

**IT IS SO ORDERED**.

                                                s/Mary Geiger Lewis
                                                Hon. Mary Geiger Lewis
                                                United States District Judge

December 1, 2016
Columbia, South Carolina